STATE OF MAINE                                    SUPERIOR COURT

Sagadahoc, ss.                                    *AMH-SAC1 - 7/3/2012*

GINA SMITH

  **Plaintiff-Appellee**

      v.                              **Docket No. SAGSC-AP-12-002**

**THOMAS C. CHASE, JR.**

  **Defendant-Appellant**

## ORDER OF DISMISSAL

This is a small claims appeal in which the Defendant in the underlying case, Thomas C. Chase, Jr., has appealed from a small claims judgment issued February 9, 2012, awarding the Plaintiff Gina Smith $1,058.18 against Mr. Chase. *Smith v. Chase,* WESDC-SC-11-503.

Upon filing of the record on appeal, this court issued a Notice and Briefing Schedule dated April 11, 2012, requiring the appellant's brief to be filed within 40 days. The Notice also states, "Failure of Petitioner/Plaintiff/Appellant to Comply with these Requirements Will Result in Dismissal of this Appeal" (emphasis in original). As of this date, Mr. Chase's brief is more than two months overdue. He has failed to comply with the requirements of the Notice and Briefing Schedule.

Accordingly, it is hereby ORDERED, the appeal in this case shall be, and hereby is, DISMISSED.

Pursuant to M.R. Civ. P. 79(a), the clerk is directed to incorporate this Order by reference in the docket.

Dated August 3, 2012

                                        _____
                                        A. M. Horton, Justice